OMLOR, EXRX., APPELLANT, *v.* RIDDLE ET AL.; CARMEL'S MEXICAN RESTAURANT, APPELLEE.

[Cite as Omlor *v.* Riddle (1989), 42 Ohio St. 3d 16.]

(No. 88-2198—Submitted February 21, 1989—Decided April 5, 1989.)

*Green, Ashley & Weglian* and *Merritt W. Green II,* for appellant.

*Baran, Piper, Tarkowsky & Fitzgerald Co., L.P.A.,* and *Robert B. Fitzgerald,* for appellee.

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT and H. BROWN, JJ., concur.

RESNICK, J., not participating.